Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
July 27, 2006

Clerk, United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

### IN RE: MDL-1772 In re SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entreed by the Judicial Panel on Multidistrict Litigation. The Order became effective on 7/27/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Gueorgui Ivanov v. National Association of Securities Dealers, Inc.** | C.A. No. 1:06-2388 | C.A. No. 1:06-1320 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge John D. Bates
      Tim Bradley, Courtroom Clerk
      MDL Misc. Case 06-355